UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOSE CUADRADO

v.   CA 09-178 ML

CHARLES DEVINE, et al.

ORDER

This matter is before the Court on review of a Report and Recommendation issued by Magistrate Judge Hagopian on June 30, 2009. No objection was filed. I have reviewed the Report and Recommendation and adopt it in its entirety. Plaintiff's motion to proceed *in forma pauperis* is DENIED and the complaint is DISMISSED with prejudice.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
July  17, 2009